UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GIANNI VERSACE, S.R.L.,

                Plaintiff,

v().

                                             ORDER

R & B ONLINE TRADING, CORP., et al.,
                                             22-cv-06081-PMH

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. The parties may submit a proposed Permanent Injunction for the Court's consideration within thirty (30) days of this Order.

      Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plains, New York
         October 20, 2022

                                                             _____
                                                             Philip M. Halpern
                                                            United States District Judge