Michael Lee (ML6353)
Lee Law PLLC
57 West 38th Street, 11th Floor
New York, NY 10018
Telephone: (212) 621-8239
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GIANNI VERSACE, S.R.L.,

   Plaintiff,

v.

R & B ONLINE TRADING, CORP.; ROMAN BONDARENKO; and "JOHN DOES" 1-5,

   Defendants.

CASE NO. 7:22-cv-06081

[PROPOSED] **FINAL JUDGMENT AND INJUNCTION ON CONSENT AGAINST DEFENDANT R & B ONLINE TRADING, CORP.**

  **THIS MATTER** comes before the Court on consent from Gianni Versace S.r.l. ("Plaintiff" or "Versace") and R & B Online Trading, Corp. ("Defendant") hereby alleges as follows:

  The Court, having considered all pleadings and other documents filed in this action, hereby directs the entry of this Final Judgment and Injunction against Defendant. Accordingly, the Court does hereby **ORDER, ADJUDGE, AND DECREE** as follows:

  1. This Court has jurisdiction over the subject matter of this action.

  2. Venue is proper in the Southern District of New York.

  3. Defendant is subject to the jurisdiction of this Court pursuant to and in accordance with the laws of the State of New York, the United States Constitution, and Rule 4 of the Federal Rules of Civil Procedure.

  4. Plaintiff is the owner of, including, but not limited to, the following federal trademarks which are registered in the U.S. Patent and Trademark Office:

| Image | Country | Wording | Device | Type | Status | * | Appln. Date | Appln. Number | Reg. Date | Reg. Number | Subsequent designation | Notification date | Renewal Deadline | Int. Classes | Owner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | U.S.A. | | "V" SEWING | Device | Acceptance ex-officio without refusal | INT | 04/08/2006 | 11768-D/2006 | 31/08/2006 | 903043 | | N.A. | 31/08/2026 | N25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY |
| | U.S.A. | | CAP, BOTTLE, CIRCULAR FRET, MEDUSA'S HEAD | Tridimensional | Registered | | 17/01/2006 | 793170 | 27/04/2010 | 3782820 | | | 27/04/2030 | L03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |
| | U.S.A. | | CAP, OVAL BOTTLE, CIRCULAR FRET, MEDUSA'S HEAD | Tridimensional | Registered | | 04/10/2010 | 85/144352 | 28/06/2011 | 3984609 | | | 28/06/2031 | L03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |
| | U.S.A. | | CIRCULAR FRET PATTERN | Device | Total acceptance | INT | 27/04/2005 | 11117-D/2005 | 26/05/2005 | 863493 | | N.A. | 26/05/2025 | N03N09N14N16 N18N24N26 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY |
| | U.S.A. | | FRET PATTERN | Device | Final partial refusal | INT | 04/08/2006 | 11767-D/2006 | 10/10/2006 | 922170 | | 07/06/2007 | 10/10/2026 | P03P09P18P20 P24P25P26 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY |
| | U.S.A. | | LINEAR FRET PATTERN | Device | Total acceptance | INT | 27/04/2005 | 11116-D/2005 | 26/05/2005 | 866162 | | N.A. | 26/05/2025 | L03L09L14L16L 18L24 25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY |
| | U.S.A. | | MEDUSA HEAD (VERSION 8) | Device | Registered | | 09/01/2018 | 87748570 | 14/08/2018 | 5540330 | | | 14/08/2028 | 26 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |
| | U.S.A. | | MEDUSA HEAD (VERSION 8) | Device | Registered | | 07/06/2019 | 88/464503 | 17/12/2019 | 5937934 | | | 17/12/2029 | 09 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |
| | U.S.A. | | MEDUSA HEAD (VERSION 8) | Device | Pending application | | 07/03/2022 | 97/298,406 | | | | | | 09 35 41 42 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |

| Image | Country | Wording | Device | Type | Status | * | Appln. Date | Appln. Number | Reg. Date | Reg. Number | Subsequent designation | Notification date | Renewal Deadline | Int. Classes | Owner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | U.S.A. | | MEDUSA HEAD IN CIRCULAR GREEK (VERSION 4) | Device | Registered | | 31/05/1996 | 112541 | 22/07/1997 | 2081230 | | | 22/07/2027 | L03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |
| | U.S.A. | | MEDUSA HEAD IN CIRCULAR GREEK (VERSION 4) | Device | Registered | | 17/05/1993 | 391423 | 24/01/1995 | 1875093 | | | 24/01/2025 | 09 14 16 21 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |
| | U.S.A. | | MEDUSA HEAD IN CIRCULAR GREEK (VERSION 4) | Device | Registered | | 03/05/1996 | 98204 | 15/07/1997 | 2078918 | | | 15/07/2027 | L26 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |
| | U.S.A. | | MEDUSA'S HEAD DEVICE (VERSION 8) | Device | Registered | | 28/07/2003 | 536034 | 02/08/2005 | 2980455 | | | 02/08/2025 | L03 08L09L11L14L1 8 19L20L21L24 25 27 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |
| | U.S.A. | | MEDUSA'S HEAD DEVICE (VERSION 8) | Device | Final partial refusal | INT | 21/09/2012 | 12035-D/2012 | 21/09/2012 | 1139072 | | 13/12/2012 | 21/09/2032 | P33 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY |
| | U.S.A. | | PATTERN THE GREEK | Device | Final partial refusal | INT | 06/08/2015 | 11706-D/2015 | 18/08/2015 | 1291548 | | 10/03/2016 | 18/08/2025 | P03P09P14P18 P21P25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY |
| | U.S.A. | | STYLIZED "V" | Device | Acceptance ex-officio without refusal | INT | 04/08/2006 | 11770-D/2006 | 31/08/2006 | 902034 | | N.A. | 31/08/2026 | N25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY |
| | U.S.A. | | STYLIZED "V" | Device | Acceptance ex-officio without refusal | INT | 04/08/2006 | 11769-D/2006 | 31/08/2006 | 931491 | | N.A. | 31/08/2026 | N25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY |
| | U.S.A. | | THREE DIMENSIONAL BOTTLE WITH LION'S HEAD | Tridimensional | Registered | | 21/03/1994 | 503797 | 10/12/1996 | 2022368 | | | 10/12/2026 | L03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA |

| Image | Country | Wording | Device | Type | Status | * | Appln. Date | Appln. Number | Reg. Date | Reg. Number | Subsequent designation | Notification date | Renewal Deadline | Int. Classes | Owner | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Word | U.S.A. | DYLAN BLUE | | Word | Final partial refusal | INT | 23/12/2015 | 12362-D/2015 | 23/12/2015 | 1309180 | | 15/09/2016 | 23/12/2025 | P03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| Word | U.S.A. | DYLAN PURPLE | | Word | Registered | INT | 05/04/2022 | 342022000049979 | 05/04/2022 | 1668646 | | | 30/06/2022 | 05/04/2032 | 03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | DYLAN TURQUOISE | | Word | Total provisional refusal | INT | 23/01/2020 | 10666-D/2020 | 23/01/2020 | 1523591 | | 02/04/2020 | 23/01/2030 | P03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | PALAZZO EMPIRE | | Word | Final partial refusal | INT | 09/02/2016 | 10751-D/2016 | 09/02/2016 | 1299889 | | 23/06/2016 | 09/02/2026 | P18 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| | U.S.A. | V | BAROQUE VERSION | Word and device | Pending application | | 08/09/2021 | 97/017764 | | | | | | 09 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| | U.S.A. | V | BAROQUE VERSION | Word and device | Total provisional refusal | INT | 14/02/2019 | 10734-D/2019 | 14/02/2019 | 1481566 | | 08/08/2019 | 14/02/2029 | L03L09L14L18L25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE | | Word | Registered | | 28/02/1996 | 64870 | 14/09/1999 | 2278257 | | | 14/09/2029 | 42 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE | | Word | Registered | | 05/10/1994 | 582355 | 16/12/1997 | 2121984 | | | 16/12/2027 | L03L18 25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE | | Word | Registered | | 28/05/1996 | 110711 | 22/09/1998 | 2190233 | | | 22/09/2028 | 09 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE | | Word | Registered | | 06/12/1999 | 864716 | 03/04/2001 | 2440541 | | | 03/04/2031 | N08N19N20N21N24 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE | | Word | Registered | | 09/05/2011 | 85/315871 | 10/01/2012 | 4082997 | | | 10/01/2032 | N20 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE | | Word | Registered | | 07/06/2019 | 88/464490 | 30/06/2020 | 6088586 | | | 30/06/2030 | P09 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE | | Word | Pending application published | | 23/06/2021 | 90/791,413 | | | | | | L35 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| Word | U.S.A. | VERSACE | | Word | Pending application | | 07/03/2022 | 97/298,387 | | | | | | 09 35 41 42 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| Word | U.S.A. | VERSACE | | Word | Pending application | | 26/04/2022 | 97/382561 | | | | | | 35 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| Word | U.S.A. | VERSACE | | Word | Partial invalidation | INT | 11/08/2009 | 11557-D/2009 | 03/09/2009 | 1018595 | | 26/11/2009 | 03/09/2029 | L09 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| Word | U.S.A. | VERSACE | | Word | Partial invalidation | INT | 25/10/2010 | 12264-D/2010 | 09/11/2010 | 1073076 | | 28/04/2011 | 09/11/2030 | N11N14N27N35 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | Z0015976 |
| Word | U.S.A. | VERSACE | | Word | Total provisional refusal | INT | 25/10/2010 | 12264-D/2010 | 09/11/2010 | 1073076 | 08/02/2021 | 25/03/2021 | 09/11/2030 | L16L42 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | Z0015976 |
| Word | U.S.A. | VERSACE BLUE JEANS | | Word | Registered | | 14/11/1994 | 598827 | 15/04/1997 | 2053186 | | | 15/04/2027 | L03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | F0066150 |

| Image | Country | Wording | Device | Type | Status | * | Appln. Date | Appln. Number | Reg. Date | Reg. Number | Subsequent designation | Notification date | Renewal Deadline | Int. Classes | Owner | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VERSACE COLLECTION | U.S.A. | VERSACE COLLECTION | FRAME | Word and device | Final partial refusal | INT | 30/11/2015 | 12213-D/2015 | 30/11/2015 | 1293440 | | 24/03/2016 | 30/11/2025 | P18P25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| VERSACE DREAM | U.S.A. | VERSACE DREAM | HORIZONTAL LINES | Word and device | Total provisional refusal | INT | 24/09/2021 | 274606 | 27/09/2021 | 1633596 | | 16/12/2021 | 27/09/2031 | L18L25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| VERSACE EROS | U.S.A. | VERSACE EROS | | Logo | Final partial refusal | INT | 20/03/2018 | 10904-D/2018 | 20/03/2018 | 1431132 | | 01/11/2018 | 20/03/2028 | P03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| VERSACE EROS FLAME | U.S.A. | VERSACE EROS FLAME | | Logo | Final partial refusal | INT | 18/01/2019 | 10637-D/2019 | 18/01/2019 | 1474151 | | 27/06/2019 | 18/01/2029 | P03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALY | |
| Word | U.S.A. | VERSACE JEANS COUTURE | | Word | Registered | | 08/07/1998 | 519687 | 06/02/2001 | 2426052 | | | 06/02/2031 | L18L25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE JEANS COUTURE | | Word | Registered | | 25/10/2001 | 330062 | 23/12/2003 | 2798577 | | | 23/12/2023 | 18 25 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE RED JEANS | | Word | Registered | | 14/11/1994 | 598858 | 15/04/1997 | 2053187 | | | 15/04/2027 | L03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSACE THE DREAMER | | Word | Registered | | 20/09/1996 | 169332 | 13/10/1998 | 2194621 | | | 13/10/2028 | L03 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| Word | U.S.A. | VERSUS | | Word | Registered | | 17/11/2004 | 518310 | 22/05/2007 | 3243564 | | | 22/05/2027 | 14 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |
| VERSUS | U.S.A. | VERSUS VERSACE | HEAD OF LION, CIRCLE (VERSION 2) | Word and device | Registered | | 26/06/2014 | 86/321572 | 01/12/2015 | 4864033 | | | 01/12/2025 | L14 | GIANNI VERSACE S.R.L., PIAZZA LUIGI EINAUDI 4, 20124 MILANO, ITALIA | |

(Hereinafter collectively referred to as the "Plaintiff's Registered Trademarks").

5.  Plaintiff is also the owner of, including, but not limited to, the following federal copyrights which are registered in the U.S. Copyright Office:

| Name | Image | Copyright registration no. |
|---|---|---|
| LINEAR SPORT | | VA1-110-968 |
| MEDUSA | | VA1-110-972 |
| MEDUSA | | VA1-110-970 |
| MEDUSA | | VA1-110-969 |
| MEDUSA | | VA-110-971 |
| EXCITING | | VA1-113-897 |
| EMOTIONAL | | VA1-113-896 |
| EYTHEREAL | | VA1-113-895 |
| ETICHETTA | | VA1-772-605 |
| PATTERN VANITAS | | VA1-782-867 |
| GRID | | VA-799-572 |
| TESTA DI MEDUSA | | VA1-804-381 |
| MEDUSA VERSIONE 2 | | VA1-804-375 |

| | | |
|---|---|---|
| MEDUSA VERSIONE 3 | | VA1-804-376 |
| MEDUSA VERSIONE 3 TRIANGOLO | | VA1-804-370 |
| MEDUSA VERSIONE 4 | | VA1-804-369 |
| MEDUSA VERSIONE 4 SCRITTA | | VA1-804-378 |
| MEDUSA VERSIONE 5 | | VA-804-380 |
| MEDUSA VERSIONE 6 | | VA1-804-386 |
| MEDUSA VERSIONE 9 | | VA1-804-383 |
| MEDUSA VERSIONE 11 | | VA1-804-372 |
| MEDUSA VERSIONE 12 | | VA1-804-373 |
| LEONE | | VA1-813-367 |
| MEDUSA PUNKYOUNG | | VAU1-117-668 |
| STAMPE BAROCCO | | VA1-841-945 |
| STAMPE BAROCCO | | VA1-804-386 |

| | | |
|---|---|---|
| STAMPE BAROCCO | | VA1-841-941 |
| STAMPE BAROCCO | | VA1-841-936 |
| RICCIOLO BAROCCO | | VA1-867-061 |
| STAMPA JEWELS | | VA1-935-106 |
| FAUVE BAROQUE | | VAU1-149-871 |
| STELLA MARINA GIOIELLO | | VAU1-156-195 |
| LIBELLULA GIOIELLO | | VAU1-156-234 |
| STAMPA SALONE DEL MOBILE 2014 | | VA1-919-735 |
| STAMPA SALONE DEL MOBILE 2014 | | VA1-919-710 |
| STAMPA SALONE DEL MOBILE 2014 | | VA1-919-711 |
| STAMPA SALONE DEL MOBILE 2014 | | VA1-919-714 |
| STAMPA SALONE DEL MOBILE 2014 | | VA1-919-719 |

| Name | Image | Registration |
|---|---|---|
| STAMPA SALONE DEL MOBILE 2014 | | VA1-919-715 |
| SPILLA TESTA DI LEONE | | VA1-918-316 |
| STAMPA BAROCK | | VA1-948-409 |
| STAMPA GALLERIA | | VA1-948-410 |
| PATTERN THE GREEK | | VA1-951-353 |
| VERSACE EMOTICON | | 1-2403087341 |
| TESTA DI LEONE 3D | | VA2-022-614 |
| CONTORNO MEDUSA | | 1-4214564851 |
| NUOVO B BAROCCA - ORNAMENTO | | VA2-180-223 |
| BAROCCO | | VA2-173-518 |
| POP HEARTS | | VA2-173-519 |
| 622 | | VA2-176-199 |
| 669 | | VA2-176-138 |

| Name | Image | Registration |
|---|---|---|
| 672 | | VA2-176-527 |
| 705 | | VA2-176-545 |
| BAROCCO | | VA2-178-621 |
| BAROCCO 57 | | VA2-176-201 |
| BAROCCO STRIPES 495 | | VA2-176-998 |
| BESTIARIO 589 | | VA2-176-202 |
| GOLD BAROQUE 523 | | VA2-176-205 |

| Name | Image | Registration |
|---|---|---|
| JUNGLE PRINT | | VA2-175-854 |
| JUNGLE PRINT | | VA2-178-183 |
| LOVE VERSACE (FLAME) | | VA2-184-151 |
| LOVE VERSACE (RAINBOW) | | VA2-184-154 |
| POP HEARTS | | VA2-180-756 |
| THE CLASH | | VA2-151-779 |

| | | |
|---|---|---|
| WILD BAROQUE | | VA2-176-997 |
| "tresor de la mer attuali rosa" | | VA 2-271-038 |
| "tresor de la mer attuali azzurro" | | VA 2-271- 039 |
| "tresor de la mer attuali bianco" | | VA 2-271- 040 |
| "tresor de la mer attuali bianco nero" | | VA 2-271- 043 |
| "tresor de la mer old mix" | | VA2-271-044 |
| "tresor de la mer 232" | | VA2-176-995 |

(Hereinafter collectively referred to as the "Plaintiff's Registered Copyrights".) (The Plaintiff's Registered Trademarks and the Plaintiff's Registered Copyrights may hereinafter be collectively referred to as the "Versace IP".)

6. Plaintiff is responsible for assembling, finishing, marketing, and selling in interstate commerce high-quality Versace merchandise.

7. Plaintiff is the exclusive distributor and warrantor in the United States of Versace merchandise, all of which bear one or more of Plaintiff's Registered Trademarks and/or Plaintiff's Registered Copyrights.

8. Plaintiff has used the Versace IP in the United States and in interstate commerce for many years.

9. The Versace IP is entitled to protection under the federal trademark and/or copyright laws and under the laws of the State of New York.

10. On July 18, 2022, Plaintiff filed its Complaint against Defendant.

11. Accordingly, the Court hereby permanently enjoins and restrains Defendant from:

   a) using any counterfeit or infringement of the Versace IP to identify any goods not authorized by Plaintiff;

   b) infringing the Versace IP by importing, manufacturing, distributing, selling, offering for sale, advertising, promoting, displaying any products bearing any simulation, reproduction, or copy of the Versace IP;

   c) using any simulation, reproduction, or copy of the Versace IP in connection with the importation, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation, or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored or approved by, or connected with Plaintiff;

   d) making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any services provided, products manufactured, distributed, sold or offered for sale, or rented by Defendant are in any way associated or connected with Plaintiff;

   e) engaging in any other conduct constituting an infringement of the Versace IP, of Plaintiff's rights in, or to use or to exploit, said trademark, or constituting any weakening of Plaintiff's names, reputations, and goodwill.

12. Pursuant to and in accordance with 15 U.S.C. § 1117(c), but limited by certain requirements in a January 16, 2023 settlement agreement between the parties ("Settlement

Agreement"), the Court hereby Orders Defendant to pay Plaintiff One Hundred Thousand Dollars ($100,000.00).

13. This Final Judgment and Injunction is deemed served on Defendant as of entry therein.

14. The terms of this Final Judgment and Injunction shall govern and bind the activities of the Defendant, its agents, servants, employees, and attorneys, and all persons in active concert or participation therewith. This Final Judgment and Injunction shall carry over to any successor companies to Defendant, except as limited by the Settlement Agreement.

15. All claims asserted against Roman Bondarenko and "John Doe" defendants are dismissed with prejudice.

16. This Court reserves and retains jurisdiction of the subject matter of this cause and of the parties hereto for the purpose of enforcing the terms of this Final Judgment and Injunction on Consent.

Dated: January 17, 2023

_____
Philip M. Halpern
United States District Court Judge